# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BARBARIETTA TURNER-PUGH,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 1:23-cv-294-TFM-N |
| | ) |
| **MONROE COUNTY BOARD** | ) |
| **OF EDUCATION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinions and Orders entered this same date, it is

**ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in favor of Defendants and against Plaintiffs. Therefore, Plaintiffs' claims are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of January, 2026.

>    /s/Terry F. Moorer
>    TERRY F. MOORER
>    UNITED STATES DISTRICT JUDGE